EDWARD H. LITCHFIELD, Respondent, *v.* THE INTERNATIONAL PAPER COMPANY et al., Appellants.

*Litchfield* v. *International Paper Co.*, 67 App. Div. 628, affirmed.
(Argued December 11, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 3, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

35

*A. X. Parker* and *Frank L. Bell* for appellants.

*Hamilton Wallis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and MARTIN, JJ. Absent: HAIGHT and CULLEN, JJ.